BEFORE MAG. JUDGE _Levy_____     DATE: _11/22/14_

DOCKET NUMBER: _14-M-1051_   OG #: _____

DEFENDANT'S NAME: _Brian Adams_____
✓ Present   ___ Not Present   ___ Custody   ___ Bail

DEFENSE COUNSEL: _Norman Trabulas_____
___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A: _Michael Robotti_____   DEPUTY CLERK: _____

INTERPRETER: _____ (Language) _____

__X__ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

_X_ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

____ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

_X_ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

_X_ Attorney Appointment of ___ FEDERAL DEFENDER ✓ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS: _____

