## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE     ROBERT M. LEVY            DATE : 12/23/2014**

DOCKET NUMBER:   **14-cr-650 (JBW)**               LOG # : 11:19 – 11:21

DEFENDANT'S NAME :   **Brian Adams**
         _X_ Present   ___ Not Present      _X_ Custody   ___ Bail

DEFENSE COUNSEL :   **Norman Trabulus**
         ___ Federal Defender   _X_ CJA        ___ Retained

A.U.S.A:  **Michael P. Robotti**              DEPUTY CLERK : M. Sica

INTERPRETER : _____ (Language) _____

_____ Hearing held. _____ Hearing adjourned to_____

_____ Defendant was released on_____ PRB with/without some conditions.

_____ Defendant was advised of bond conditions by the Court and signed the bond.

_____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

_____ Additional surety (ies) to co-signed bond by _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

M.
_____ Order of Excludable Delay entered.   Code Type____ Start_____ Stop _____

N.
__X__ Order of Speedy Trial entered.   Code Type____ Start 12/23/14 Stop 1/5/2015

_____ Defendant's first appearance.   _x_ Defendant arraigned on the indictment.

_____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

__x__ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

_____ Status conference set for 1/5/15 @ 10:30 before Judge Weinstein

OTHERS : _____

_____

_____

(86)     On or about May 13, 2013, defendant **DIXIE SHERYLANN LAYMAN** made a payment to Enterprise in Keyser, West Virginia, with her First Peoples Community Federal Credit Union Visa Debit Card bearing Card No. ending in 6405 in the amount of $89.90.

(87)     On or about May 14, 2013, defendant **DIXIE SHERYLANN LAYMAN** made a payment of $44.95 in United States Currency to Enterprise in Keyser, West Virginia.

(88)     On or about June 11, 2013, defendant **SHEENA COLLINS** rented a vehicle from Enterprise in Oakland, Maryland, and made a payment of $404.19 in United States Currency to Enterprise.  This vehicle was subsequently used by defendant **CEDRIC MALACHI JONES, a/k/a "B.G."** in furtherance of this drug conspiracy.

(89)     On or about June 19, 2013, defendant **SHEENA COLLINS** made a payment of $65.18 in United States Currency to Enterprise in Oakland, Maryland.

(90)     On or about June 21, 2013, defendant **SHEENA COLLINS** made a payment of $101.65 in United States Currency to Enterprise in Oakland, Maryland.

(91)     On or about June 23, 2013, defendant **CEDRIC MALACHI JONES, a/k/a "B.G."** distributed a quantity of cocaine to a confidential informant for $500.00 in United States Currency in Keyser, West Virginia.

(92)     On or about June 24, 2013, defendant **SHEENA COLLINS** made a payment of $111.00 in United States Currency to Enterprise in Oakland, Maryland.