## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE **WEINSTEIN**   DATE: **3/30/15**   TIME **10 am**

DOCKET NUMBER: **CR14-650**   TITLE **U.S.A. -v- Adams**

DEFT. NAME: **Brian Adams**   DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: **Norman Trabulus**
____Present ____Not Present

DEFT. NAME:_____   DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT:_____
____Present ____Not Present

DEFT. NAME_____   DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT:_____
____Present ____Not Present

DEFT. NAME_____   DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT:_____
____Present ____Not Present

DEFT. NAME_____   DEFT.#_____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT:_____
____Present ____Not Present

ASST. U.S. ATTORNEY **Michael Robotti**   DEPUTY CLERK: JUNE LOWE

COURT REPORTER **C. Schanard**   ESR REPORTER_____

INTERPRETER_____   OTHER_____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

✓ ____ Case called.

✓ ____ PTC Held. ____ PTC ADJOURNED TO _____ at _____

____ Pretrial Order signed.

_____ MOTION CONFERENCE held on _____

motion ~~to~~/for _____

Arguments heard

    _____ Motion granted.    (MOTGR\_\_\_)

    _____ Motion denied.    (MOTDN\_\_\_)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

✓ SPEEDY TRIAL INFORMATION for defts _____

Code Type: X-_____    Start Date: 3/30/15

                                    Stop Date: 4/30/15

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

_____ JURY SELECTION BEFORE THIS COURT _____

_____ TRIAL DATE _____

OTHER: Deft enters a not guilty plea to the superseding indictment.

Further status 4/30/15 at 10am