CRIMINAL CAUSE FOR PLEADING OR PLEADING

BEFORE JUDGE: __WEINSTEIN, J.__   DATE: __8/26/15__   TIME: __10am__

DOCKET NUMBER: __CR-14-650__   TITLE: __USA -v- Adams__

DEFT. NAME: __Brian Adams__   DEFT. #: ____
___Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: __Norman Trabulus__   __C.J.A.
__Present, __Not Present   __RETAINED
__L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: ____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
__L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: ____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
__L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: ____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
__L.A.S.(PD)

DEFT. NAME: _____   DEFT. #: ____
__Present, __Not Present, __In Custody, __On Bail

ATTY. FOR DEFT.: _____   __C.J.A.
__Present, __Not Present   __RETAINED
__L.A.S.(PD)

ASST. U.S. ATTORNEY: __M. Robotti, H. Mehta__   DEPUTY CLERK: __J. Lowe__

COURT REPORTER(S): __R. Marino__   ESR OPERATOR: _____

INTERPRETER(S): _____   OTHER: _____

Docket Clerks: Enter all information under CALCALLH,
then enter other vital events names
as needed.

____ First Appearance of Deft(s): _____ (DFTFSTAPR)

✓ Case called.   (CALCALLH)

____ Adjourned to: _____

✓ Deft(s) _____ sworn, (arraigned) informed of rights.

____ Deft(s) _____ waive trial before District Court.

_____

_____ Waiver of Indictment executed for deft(s)_____ (WVIN)

✓ Superseding Indictment filed for deft(s)_____ (INDI)

_____ Superseding Information filed for deft(s)_____ (INFO)

_____ Deft(s)_____ failed to appear; BENCH WARRANT ISSU

_____ Deft(s)_____ \_\_\_\_\_enters GUILTY PLEA to Cts.\_\_\_\_
_____of (Superseding) Indictment/Information. (PLG)

_____ Deft(s)_____ WITHDRAWS Not Guilty Plea and
enters GUILTY PLEA on Cts._____ of the
(Superseding) Indictment/Information. (WDPLNG the

_____ Court finds factual basis for the plea.

✓ Deft(s)_____ enters NOT GUILTY PLEA.

_____ Deft(s)_____ enters NOLO CONTENDERE PLEA. (P

_____ BAIL set at _____ for Deft(s)_____. (B

_____ BAIL continued for deft(s)_____. (B

_____ Deft(s)_____ continued in custody. (LUS

_____ Deft(s)_____ continued on present bond.

_____ Case ADJOURNED to_____for_____.

_____ JURY SELECTION for deft(s)_____
set for_____ (JYSE
TRIAL set for_____ (T

_____ SENTENCING for deft(s)_____
set for_____at_____.

✓ SPEEDY TRIAL info for deft(s)_____
Code Type: X-\_\_\_\_  Start Date: 8/26/15
Stop Date: 10/5/15
_____Order/Waiver Executed & filed. \_\_\_\_Ent'd on Reco

OTHER: *Further status conference 10/5/15 @ 11 am*