SLR:TYH
F#: 2014R01935

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

      - against -                     FINAL ORDER OF FORFEITURE

                                            14-CR-650 (S-2)(JBW)

BRIAN ADAMS,
        Also known as "Bryan Adams,"

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about February 26, 2016, the defendant, BRIAN ADAMS, entered a plea of guilty to Counts One, Five, Eight and Seventeen of the above-captioned superseding indictment, charging violations of 18 U.S.C. §§ 371, 1594(c), 1591(a), and 1952(a)(3)(A) respectively;

        WHEREAS, on June 16, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that all right, title, and interest in: (i) one Samsung external hard drive, (ii) S2 Portable 3 1 TB, P/N: HX-MTD10EA/GM, E2G6J10B801203; (iii) one black Motorola Droid phone model A855, MEID: A00000222E234, SJUG5546AA; (iv) one Samsung tablet with brown case, Model: GT-P5113TS, S/N:R32C404Q99E; (v) one black HTC Sensation 4G Phone, Model PG58100, HT23PT500370; and (vi) one black Kyocera Phone, Model S1360, DEC:268 435 462 505 096 350, seized from the defendant's residence on or about November 22, 2014 (collectively, the "Forfeited Property") was forfeitable to the United States, pursuant to 18 U.S.C. § 1594(d), as



any property, real or personal, that was used or intended to be used to commit or to facilitate violations of 18 U.S.C. § 1591; and/or pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) as any property, real or personal, constituting or derived from any proceeds that the defendant obtained, directly or indirectly, as a result of such violations,; and/or as substitute assets, pursuant to 21 U.S.C. § 853(p).

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on July 2, 2016 and ending on July 31, 2016; and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 1594(d), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p), and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or their duly authorized agents and contractors be, and hereby are, directed to dispose of the Forfeited Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

United States v. Brian Adams, 14-CR-650 (JBW),
Final Order of Forfeiture

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED, that the Clerk of Court shall send by inter-office mail three certified copies of this executed Final Order of Forfeiture to FSA Paralegal, Yvette Ramos, United States Attorney's Office, Eastern District of New York, 271-A Cadman Plaza East, 7th Floor, Brooklyn, New York 11201.

Dated:     Brooklyn, New York
           10/14, 2016

SO ORDERED:

/s/ Jack B. Weinstein
HONORABLE JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK