CRIMINAL CAUSE FOR SENTENCING

BEFORE: WEINSTEIN, J.    DATE: 7/6/17    TIME: 12 noon

DOCKET NUMBER: CR 14-650    DEFT. NUMBER: _____

DEFENDANT: Brian Adams
___ Present ___ Not Present ___ In Custody ___ On Bail

ATTORNEY FOR DEFT.: Norman Trabulus
___ C.J.A. ___ Retained ___ Legal Aid/PD

ASST. U.S. ATTORNEY: M. Robotti; H. Mehta

COURTROOM DEPUTY: JUNE P. LOWE    INTERPRETER: _____
Ext. 2525

COURT REPORTER/~~ESR OPERATOR~~: A. Grant

TAPE NUMBER: _____

SENTENCE: Evidentiary/sentencing hearing ordered and begun. Hearing continued to 7/7/17 at 11 am.

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED: ___ On Govt's Motion, ___ On Ct.'s Mot.

FINE: _____    SPECIAL ASSESSMENT: _____

SPECIAL CONDITIONS OF SUPERVISION: _____

Transcript of today's proceeding ordered sealed.

IS SENTENCE STAYED? ___ Yes    STAYED UNTIL: _____
___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]