30 mins

## CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN, J.**  DATE: 7/7/17  TIME: 11 a.m.

DOCKET NUMBER: CR 14-650  DEFT. NUMBER: _____

DEFENDANT: Berman Adams
___ Present  ___ Not Present  ___ In Custody  ___ On Bail

ATTORNEY FOR DEFT.: Norman Trabulus
___ C.J.A.  ___ Retained  ___ Legal Aid/PD

ASST. U.S. ATTORNEY: M. Lobotti

COURTROOM DEPUTY: JUNE P. LOWE  INTERPRETER: _____
Ext. 2525

COURT REPORTER/~~ESR OPERATOR~~: A. Grant

TAPE NUMBER: _____

SENTENCE: Defendant is sentenced to 5 yrs. on ct 1; 5 yrs. on ct. 5; 5 yrs. on ct. 17 to run concurrent; 10 yrs. on count 8 to run consecutive.

DEFT. SENTENCED ON COUNTS: 1, 5, 8 and 17

OPEN COUNTS DISMISSED: ___ On Govt.'s Motion,  ___ On Ct's Mot.

FINE: _____  SPECIAL ASSESSMENT: $400.00

SPECIAL CONDITIONS OF SUPERVISION: _____

Transcript of this proceeding ordered sealed.

IS SENTENCE STAYED?  ___ Yes   STAYED UNTIL: _____
                     ___ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]